# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**

V.

**VERNON BLAKE ROSE**

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:16-mj-479-CMM

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

**Count 1**: On or about October 23, 2015, in the Southern District of Indiana and elsewhere, the defendant, VERNON BLAKE ROSE, through the use of a telephone and other instrument of interstate commerce, maliciously conveyed false information knowing the same to be false, concerning an alleged attempt being made unlawfully to damage and destroy a building, by means of fire or an explosive, in or affecting interstate or foreign commerce, in violation of Title 18, United States Code, Section 844(e).

**Count 2**: From on or about July 1, 2016, and continuing through and including July 7, 2016, in the Southern District of Indiana and elsewhere, the defendant, VERNON BLAKE ROSE, did knowingly and willfully transmit, in interstate and foreign commerce, from the State of Texas, to the State of Indiana, communications via electronic mail to M.W. and A.C., the said communications containing threats to injure M.W. and A.C, including to murder M.W and A.C., in violation of Title 18, United States Code, Section 875(c).

I further state that I am a Special Agent, and that this complaint is based on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof.

Timothy S. Carpenter, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence
by telephone per Rule 4.1, Federal Rules
of Criminal Procedure

July 9, 2016    10:34 am
**Date**

at   Terre Haute, Indiana

Craig M. McKee, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Timothy S. Carpenter, being duly sworn, depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for twelve and one half (12 ½) years. I am currently assigned to the Domestic Terrorism Squad with the Indianapolis Field Office, and serve as the Special Agent Bomb Technician Coordinator. Prior to the FBI, I was a Police Officer and a Deputy Sheriff. I have a total of eighteen (18) years of law enforcement experience.

2. This affidavit is submitted in support of a criminal complaint alleging that Vernon Blake Rose, date of birth XX/XX/1982, SSN: \*\*\*-\*\*-1710, Texas DL # \*\*\*96194 last known address 505 Wayside Dr, Apt #17, Bryan, Texas, committed the act of Interstate Communication of a Threat, in violation of Title 18, United States Code (U.S.C.), Section 875(c); and Interstate Threat to Use an Explosive Device, in violation of Title 18 United States Code (U.S.C.), Section 844(e).

3. Affiant affirms that he is familiar with the facts and circumstances set forth in this affidavit, the information having been provided through investigation conducted by your Affiant or information provided to him by other law enforcement agents. On the basis of information from this investigation, and any other logical sources of information identified herein, I have determined the following:

4. Emmis Communications is a national company that owns 19 FM and 4 AM radio stations in New York, NY, Los Angeles, CA, St. Louis, MO, Austin, TX, as well as Indianapolis and Terre Haute, IN. Emmis Communications also owns Emmis Publishing, which includes Indianapolis Monthly, Atlanta, Cincinnati, Texas Monthly, Los Angeles and Orange Coast magazines. Emmis owns and operates a facility at 40 Monument Circle, Indianapolis, Indiana.

This building houses the businesses of four (4) radio stations, Indy Monthly Magazine and Digimix. The four radio stations operating out the building are WIBC, WFNI, WYXB and WLHK. As part of its normal programming, WIBC airs a radio talk-show called Chicks on the Right. Chicks on the Right is a conservative talk show that airs daily between 4:00pm and 6:00pm, and is hosted by two individuals, whose identities are known to Your Affiant. For purposes of this affidavit those individuals are identified as M.W. and A.C.

5. Since March, 2015, M.W. and A.C. have been receiving threatening and harassing emails from email address sexyundeadpatriot@gmail.com. Most of these emails from sexyundeadpatriot@gmail.com were sent to email address chicks@wibc.com, which is jointly used by M.W. and A.C. for email traffic related to the Chicks on the Right show.

6. On March 29th, 2015, an email was sent to chicks@wibc.com from sexyundeadpatriot@gmail.com. The body of the email contained general expressions of anger over police corruption and anger by the writer over being ignored by the Department of Justice for an apparent ongoing case in the court system. In the email, the writer stated "What do I have to do, blow up the god dammed police station." Additionally, the writer stated that if he was laughed out of the courtroom over his case he "would have to retaliate by slaughtering the dirty cops here", because "I am between a rock and a hard place and taking lawful and constructive matters aint accomplishing jack shit." Directed at M.W. and A.C., the writer of the email stated "I just want to tell you hoes to go fuck yourselves with butcher knives covered in anthrax."

7. On July 2nd, 2015, sexyundeadpatriot@gmail.com sent another email communication to chicks@wibc.com. In this email, the writer stated that if Chicks on the Right reported him to the Department of Homeland Security (DHS) or the Willis Police Department over or about a

terrorist plot, it would the #1 of all time. The writer did not elaborate further. Additionally, the writer stated "I am Blake Rose and fuck you crack hoes with a butcher knife covered in anthrax."

8. On July 3rd, 2015, a series of emails were sent to chicks@wibc.com by sexyundeadpatriot@gmail.com. In one of these emails, the writer identified himself as "Blake Rose phone number (936) 333-3272, my home address 403 W. Mink St. Unit 5 Willis Texas 77378." In a separate email that day, the writer stated "I just want to tell you hoes to go fuck yourselves with butcher knives covered in anthrax." Attached to this email were several digital photographs of male genitals and full body nudity of a male believed to be Vernon Blake Rose.

9. On October 23rd, 2015, at 3:25pm, a telephonic bomb threat was called in to the Emmis Communications building located at 40 Monument Circle, Indianapolis, Indiana, the building which houses the WIBC radio station. This call was received by S.C., an employee of Emmis Communications, on the general number (317) 266-9422. Indianapolis Metropolitan Police Department officers were dispatched to the building in response to the bomb threat. S.C. told officers that the caller stated "there's a bomb in the studio," and then hung up. S.C. described the caller as a white male with a deep voice and that she was only able to get the area code for the incoming call. That area code was 936, an area code assigned to southeast Texas. In response to the bomb threat, Emmis Communications evacuated the entire building, and the building was searched. No explosive devices were located. The timing for the bomb threat was just prior to the daily airing of the Chicks on the Right broadcast.

10. On October 23rd, 2015, at approximately 8:46pm, sexyundeadpatriot@gmail.com sent an email to chicks@wibc.com. In this email, the writer stated "Hey WIBC and Chicks on the Right, yes it was me who called in the bomb threat around 2:30 today." "I am out of fucks to give. If I was half the man George Washington was, I would have mailed an IED with no heads up and

there would a lot of dead politicians and cops." "President Barrack Obama, the next time Secret Service Agents are sent after me their heads will be mailed to 1600 Pennsylvania Avenue. All you mother fuckers would be hung for treason during the golden era of Our Republic." "I am calling on all true conservatives to rise up with their arsenals and overthrow their local state and federal government." "Long live the Republic."

11. On November 6th, 2015, Detective Aaron Carter, Indianapolis Metropolitan Police Department, spoke with Willis Police Department Sergeant Kevin Rooney. The Willis Police Department is located in Willis, Texas. Sergeant Rooney stated that he knew Vernon Blake Rose, and had multiple contacts with him. Rooney stated that Rose continuously makes threats against the local government and law enforcement. Rooney further confirmed that the address on file for Rose was 403 W. Mink St, Unit 5, Willis, Texas. Rooney told Detective Carter that Rose was an angry person and described Rose as being capable of carrying out his threats.

12. On December 4th, 2015, your Affiant viewed a Facebook page for Blake Rose at https://www.facebook.com/blake.rose.1272010?fref=ts. In a portrait photo on the main page of Rose's account, your Affiant observed a photograph of an individual matching a driver's license photo of Vernon Blake Rose. In the Facebook photo, Rose was wearing dark sunglasses while holding a scoped rifle. In a string of comments about the photo, Rose stated "Yeah the one with the rifle was on the eve of independence Day! As pimpin' as these pics were they had more balls then we ever did as a nation. We should have overthrown D.C. a 100 years ago!" Your Affiant believes, based on his knowledge of Facebook and on observations of Rose's Facebook comments, that Rose's statement that the photo with the rifle was taken on the eve of Independence Day was a reference to July 3rd, 2015. Your Affiant knows that Rose sent threatening emails to M.W. and A.C. on that same date.

13. On March 9th, 2016, Vernon Blake Rose was interviewed by John McNair, Task Force Officer (TFO), FBI Joint Terrorism Task Force, Houston Division, at the request of your Affiant. During that interview, Rose stated that he was having trouble with Montgomery County, Texas law enforcement agencies, particularly the Willis Police Department. Rose further stated that he had been following Chicks on the Right on the radio and on Facebook, and that he had been trying to get them to help his cause in exposing corrupt law enforcement. However, Chicks on the Right had not responded to his requests, even though he had mailed them at least 20 times. Rose told TFO McNair that he had been in the parking lot of a Walmart in Austin, Texas when he used his cellular telephone to make a bomb threat to the studio of WIBC radio. Rose told TFO McNair that his cellular telephone number was (936) 333-3272, and that he had called telephone number (317) 266-9422 to make the threat.

14. In addition to admitting to placing the bomb threat, Rose told TFO McNair that he had also sent out an email later on the same day as the bomb threat, claiming responsibility for placing the threat. Rose stated that he used his personal email address sexyundeadpatriot@gmail.com to send the email.

15. In addition to interviewing Rose, TFO McNair also interviewed a roommate of Rose's who had accompanied Rose to the interview. That individual's name was John Ward. Ward told TFO McNair that Rose had admitted to him that he had been sending emails to Chicks on the Right, and that he had called in a bomb threat to their radio station. Additionally, Ward told TFO McNair that Rose had made a threat to the United States Secret Service, but said that he only did that to get attention.

16. On June 3rd, 2016, your Affiant received an email from TFO McNair which included an Officer Safety Bulletin produced by the Navasota Police Department in Texas. From this

bulletin, your Affiant learned that Rose had been in contact with Navasota Police on March 1st, 2016, and that, during the contact, Rose advised officers that he had firearms in the vehicle.

17. On May 25th, 2016, the Navasota Police Department informed the Houston Division of the FBI that 6 rambling emails were sent by sexyundeadpatriot@gmail.com to the local newspaper, the Navasota Examiner, MSNBC, the White House and others. In 2 of those emails, FBI Joint Terrorism Task Force TFO Noe Ricones was mentioned by the writer. Referring to Ricones, the writer stated "Fuck Him Die."

18. On June 27th, 2016, chicks@wibc.com received an email from sexyundeadpatriot@gmail.com, at 11:36pm. The subject line of the email stated: "You all shall Die!" The body of the email read: "I am murdering you chicks on the right before I do I will force fuck you with my cock! Vince Russo I put my boy on the greyhound tonight! He is out for your blood! All he wants is $325/mo. on his books for the rest of his natural life." Attached to this email were 4 digital photographs of Rose holding his penis, and were obscene in nature.

19. On July 1st, 2016, at 6:20pm, chicks@wibc.com received another email from sexyundeadpatriot@gmail.com. The subject line of this email stated "Call the Feds Please" and a portion of the email stated "I have remorse for the harassment I have given you whores. You deserve to die for choosing infantile arguments with liberals over helping the little guy."

20. On July 3rd, 2016, at 2:46pm, chicks@wibc.com received another email from sexyundeadpatriot@gmail.com. In this email, the writer again complains about government corruption and goes on to state "Vince Russo my assassin is close pinpointing you precise location. You left me hanging when big money was on the line. You just lost all ambition and balls on me you fucking spineless panty waist bitch made punk! Your death is imminent!" Based on open source research, your Affiant learned that Vince Russo is an American

professional wrestler and writer. Your Affiant knows that in some of the emails sent by Rose, Rose mentions trying to get Russo to come to Willis, Texas to promote a wrestler.

21. On July 6th, 2016, at 9:28pm, sexyundeadpatriot@gmail.com sent an email to chicks@wibc.com. The subject line of this email stated: "When…", and the body of the email read: "…I stock up on supplies and get a read to Indianapolis there will be problems! You read this dikes on the couch!?!" It is your Affiant's belief that Rose mistyped the first instance of the word "read" and meant to say "ride."

22. On July 7th, at 2:53pm, sexyundeadpatriot@gmail.com sent an email to chicks@wibc.com. The subject line of that email stated: "I'm coming for you Dikes!!!!" and the body of the email stated: "I'm stocking up supplies in San Antonio this weekend Dikes on the Couch and getting a ride to Indianapolis for you [A.C.] and [M.W.]! It's going down! Fuck you bitches!"

23. In another email on July 8th, 2016, at 2:38am, sexyundeadpatriot@gmail.com wrote to chicks@wibc.com and stated "Yes when I was in Austin Oct. 2015 and John Ward was illegally arrested and railroaded I did call in a bomb threat to WIBC Indianapolis. However this February the Bryan FBI questioned me one on one email interactions with the Chicks on the Right stemming back to Apr 2015."

24. Based on investigation to date, content of the emails detailed herein, and based statements made by Vernon Blake Rose to federal and local investigators, your Affiant believes that Vernon Blake Rose is the sole user of email address sexyundeadpatriot@gmail.com, and knowingly and intentionally sent threatening emails to M.W. and A.C. at email address chicks@wibc.com, and furthermore, that Vernon Blake Rose did use his personal cellular

telephone number (936) 333-3272 to place a telephonic bomb threat at the Emmis Communications building on October 23, 2015.

25. Based on the above facts and circumstances as well as your Affiant's training and experience, Affiant states that there is probable cause to believe that Vernon Blake Rose committed violations of 18 U.S.C. 875(c) from on or about March 29th, 2015 to July 7th, 2016 in that he did transmit in interstate commerce communications containing threats to injure, murder, and sexually assault the persons of M.W. and A.C., hosts of the radio talk show Chicks on the Right.

26. Furthermore, based on the above facts and circumstances as well as your Affiant's training and experience, Affiant states that there is probable cause to believe that Vernon Blake Rose committed violations of 18 U.S.C. 844(e) on October 23rd, 2015 in that he did knowingly and willfully use an instrument of interstate commerce to make a threat concerning an attempt or alleged attempt to kill, injure or intimidate any individual or unlawfully damage or destroy any building, vehicle, or other real estate or personal property by means of fire or explosive.

FURTHER YOUR AFFIANT SAYETH NOT.

*[signature]*
Timothy S. Carpenter, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me, this 9th day of July, 2016:

*[signature]*
Hon. Craig M. McKee
United States Magistrate Judge
Southern District of Indiana